# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Moses Singleton,<br><br>　　　Plaintiff,<br><br>v.<br><br>First Premier Bank; Stellantis Financial Services, Inc.; Lockhart, Morris, & Montgomery Inc.; NCB Management Services, Inc.; Experian Information Solutions, Inc.; and Transunion, LLC,<br><br>　　　Defendants. | §§§§§§§§§§§§§§<br><br>Case No. 1:24-cv-01281-JPB-JKL |

## NOTICE OF SETTLEMENT AS TO DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANUNION, LLC

　　　Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendants Experian Information Solutions, Inc. and TransUnion, LLC ("Defendants"). Plaintiff and Defendants are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Defendants will be finalized within the next sixty (60) days. Plaintiff's claims against NCB Management Services, Inc. remain pending.

　　　Dated: June 12, 2024

　　　　　　　　　　　　　　　　　　　　　/s/ Esther Oise
　　　　　　　　　　　　　　　　　　　Esther Oise, Esq. (GA Bar #686342)
　　　　　　　　　　　　　　　　　　　Oise Law Group PC
　　　　　　　　　　　　　　　　　　　2635 Governors Walk Blvd.

Snellville, GA 30078<br>
Email: oiselaw@gmail.com<br>
Telephone: (770) 895-3736<br>
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*