# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Moses Singleton, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | Case No. 1:24-cv-01281-JPB-JKL |
| First Premier Bank; Stellantis Financial Services, Inc.; Lockhart, Morris, & Montgomery Inc.; NCB Management Services, Inc.; Experian Information Solutions, Inc.; and Transunion, LLC, | § § § § § § | |
| Defendants. | | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS FIRST PREMIER BANK AND STELLANTIS FINANCIAL SERVICES, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendants First Premier Bank and Stellantis Financial Services, Inc. may be dismissed without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Dated: June 12, 2024

                                         */s/ Esther Oise*
                                         Esther Oise, Esq. (GA Bar #686342)
                                         Oise Law Group PC
                                         2635 Governors Walk Blvd.
                                         Snellville, GA 30078
                                         Email: oiselaw@gmail.com
                                         Telephone: (770) 895-3736
                                         Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*