# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MOSES SINGLETON,

    Plaintiff,

v.

                    Case No. 1:24-cv-01281-JPB-JKL

FIRST PREMIER BANK; STELLANTIS FINANCIAL SERVICES, INC.; LOCKHART, MORRIS, & MONTGOMERY INC.; NCB MANAGEMENT SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC,

    Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT, NCB MANAGEMENT SERVICES, INC.'S

    Defendant, NCB Management Services, Inc. (NCB), through undersigned counsel, hereby submits this Notice of Pending Settlement and states plaintiff, Moses Singleton, and NCB have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. The parties will file the appropriate dismissal documents with the Court when appropriate.

Date: June 24, 2024

Respectfully submitted,

*/s/ Kirsten H. Smith*
Kirsten H. Smith, Esq.
Georgia Bar No. 702220
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 846-7943
ksmith@sessions.legal
*Counsel for Defendant*
*NCB Management Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2024, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

> Esther Nneka Oise
> Oise Law Group PC
> 2635 Governors Walk Blvd
> Snellville, GA 30078
> oiselaw@gmail.com

*/s/ Kirsten H. Smith*
Attorney