UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Moses Singleton,<br><br>    Plaintiff,<br><br>v.<br><br>First Premier Bank; Stellantis Financial Services, Inc.; Lockhart, Morris, & Montgomery Inc.; NCB Management Services, Inc.; Experian Information Solutions, Inc.; and Transunion, LLC,<br><br>    Defendants. | Case No. 1:24-cv-01281-JPB-JKL |

## NOTICE OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Experian Information Solutions, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against NCB Management Services, Inc. and TransUnion, LLC remain pending.

Dated:  June 27, 2024

    /s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*