# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Moses Singleton,<br><br>　　　Plaintiff,<br><br>v.<br><br>First Premier Bank; Stellantis Financial Services, Inc.; Lockhart, Morris, & Montgomery Inc.; NCB Management Services, Inc.; Experian Information Solutions, Inc.; and Transunion, LLC,<br><br>　　　Defendants. | §§§§§§§§§§§§§<br><br>Case No. 1:24-cv-01281-JPB-JKL |

## STIPULATION OF DISMISSAL AS TO DEFENDANT NCB MANAGEMENT SERVICES, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant NCB Management Services, Inc. hereby jointly stipulate that NCB Management Services, Inc. may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted August 2, 2024

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

*/s/ Kirsten H. Smith*
Kirsten H. Smith, Esq.
Georgia Bar No. 702220
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 846-7943
ksmith@sessions.legal

Counsel for Defendant
NCB Management Services, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*